UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THOMAS EDWARD CAMPBELL, #62117                           PLAINTIFF

VS.                       CIVIL ACTION NO. 3:17CV184TSL-RHW

CAPTAIN CHRISTOPHER DYKES, ET AL.                 DEFENDANTS

## ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on February 26, 2018, and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on February 26, 2018, be, and the same is hereby adopted as the finding of this court. It follows that defendant Harold Mobley is dismissed without prejudice based on plaintiff's failure to prosecute.

SO ORDERED this 10th day of May, 2018.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE