```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

THOMAS EDWARD CAMPBELL, # 62117                           PLAINTIFF

VS.                               CIVIL ACTION NO. 3:17CV184TSL-RHW

CAPTAIN CHRISTOPHER DYKES, ET AL.                        DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on March 18, 2019 and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on March 18, 2019 be, and the same is hereby adopted as the finding of this court. It follows that summary judgment is entered in favor of defendants and the complaint is dismissed.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 18th day of June, 2019.


          /s/ Tom S. Lee
           UNITED STATES DISTRICT JUDGE